# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY STEWART-RICHARDSON,** : | | |
|     **Plaintiff** : | | |
| : | No. 1:22-cv-00742 | |
| v. : | | |
| : | (Judge Kane) | |
| **LT. CONNELLY, et al.,** : | | |
|     **Defendants** : | | |

## ORDER

**AND NOW**, on this 30th day of September 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b);

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania